FILE COPY



# THE SUPREME COURT OF TEXAS
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

June 19, 2015

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN 2 9 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

Ms. Janet Gates
Cherokee County District Clerk
PO Drawer C
Rusk, TX 75785

RE:    Case Number: 14-0353
        Court of Appeals Number: 12-12-00357-CV
        Trial Court Number: 2011-12-0993

Style:  MELISSA VAN NESS, INDIVIDUALLY AND AS NEXT OF FRIEND, AN HEIR AT
LAW, AND A SURVIVING PARENT OF NICHOLAS VAN NESS, RONALD VAN
NESS, INDIVIDUALLY AND AS NEXT FRIEND OF, AN HEIR AT LAW, AND A
SURVIVING PARENT OF NICHOLAS VAN NESS, AND ESTATE OF NICHOLAS
VAN
      v.
ETMC FIRST PHYSICIANS & KRISTIN AULT, D.O.

Dear Counsel:

The judgment of the Supreme Court of Texas is final in the above referenced cause and
the enclosed mandate was issued today. Enclosed with the mandate is a certified copy of our
cost bill showing charges and payments as reflected by the record for your use in settlement
between the parties.

Sincerely,

Blake A. Hawthorne, Clerk

by Monica Zamarripa, Deputy Clerk

cc:    Mr. Vincent L. Marable III (DELIVERED VIA E-MAIL)
       Mr. Russell G. Thornton (DELIVERED VIA E-MAIL)
       Ms. Cathy S. Lusk (DELIVERED VIA E-MAIL)

# IN THE SUPREME COURT OF TEXAS



FILE COPY

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN 2 9 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

NO. 14-0353

MELISSA VAN NESS, INDIVIDUALLY AND AS NEXT OF FRIEND, AN HEIR AT LAW, AND A SURVIVING PARENT OF NICHOLAS VAN NESS, RONALD VAN NESS, INDIVIDUALLY AND AS NEXT FRIEND OF, AN HEIR AT LAW, AND A SURVIVING PARENT OF NICHOLAS VAN NESS, AND ESTATE OF NICHOLAS VAN, PETITIONER

V.

ETMC FIRST PHYSICIANS & KRISTIN AULT, D.O., RESPONDENT

## MANDATE

**To the Trial Court of Cherokee County, Greetings:**

Before our Supreme Court on April 24, 2015, the Cause, upon petition for review, to revise or reverse your Judgment.

No. **14-0353** in the Supreme Court of Texas

No. **12-12-00357-CV** in the **Twelfth** Court of Appeals

No. **2011-12-0993** in the **2nd District Court** of **Cherokee** County, Texas, was determined; and therein our said Supreme Court entered its judgment or order in these words:

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Twelfth District, and having considered the appellate record and counsel's briefs, but without hearing oral argument under Texas Rule of Appellate Procedure 59.1, concludes that the court of appeals' judgment should be reversed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1)     The judgment of the court of appeals is reversed;

2)     The case is remanded for further proceedings consistent with this opinion; and

3)     Melissa Van Ness, Individually and as Next Friend of Nicholas Van Ness, Ronald Van Ness, Individually and as Next Friend of Nicholas Van Ness, and Estate of Nicholas Van Ness shall recover, and ETMC First Physicians and Kristin Ault, D.O. shall pay, the costs incurred in this Court and in the court of appeals.

Copies of this Court's judgment and opinion are certified to the Court of Appeals for the Twelfth District and to the Second District Court of Cherokee County, Texas, for observance.

**Wherefore we command you** to observe the order of our said Supreme Court in this behalf, and in all things to have recognized, obeyed, and executed.

BY ORDER OF THE SUPREME COURT OF THE STATE OF TEXAS,

with the seal thereof annexed, at the City of Austin, this the 19th day of June, 2015.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk